**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SOLID WASTE SERVICES, INC. D/B/A J.P. MASCARO & SONS AND M.B. INVESTMENTS AND JOSE MENDOZA, | : | No. 568 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF ALLENTOWN AND WASTE | : | |
| MANAGEMENT OF PENNSYLVANIA, | : | |
| INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.